RUSSELL J. FRACKMAN (SBN 49087) **NO JS6**
rjf@msk.com
GEORGE M. BORKOWSKI (SBN 133416)
gmb@msk.com
KARIN G. PAGNANELLI (SBN 174763)
kgp@msk.com
JILL P. RUBIN (SBN 240019)
jpr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants and Third-Party Plaintiffs Capitol Records, LLC (f/k/a Capitol Records, Inc.), and Priority Records, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINTON, an individual, | Case No. CV 06-8106 R (SHx) |
| Plaintiff, | The Honorable Manuel L. Real |
| v. | [~~PROPOSED~~] **JUDGMENT** |
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive | |
| Defendants. | |
| AND RELATED THIRD-PARTY ACTION. | |

Mitchell Silberberg & Knupp LLP

1918270.1

1  The Court, having considered the Stipulation to Judgment executed by Third
2 Party Plaintiffs Capitol Records, LLC (f/k/a Capitol Records, Inc.) and Priority
3 Records, LLC (collectively "Capitol"), and Third Party Defendant Funk Mob
4 Music, LLC ("Funk Mob"), and for good cause appearing,
5  IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:
6  1. Funk Mob acknowledges that it has been properly and validly served
7 with the Third Party Complaint and Summons in this action. Funk Mob
8 permanently, irrevocably, and fully waives any and all right to contest service on it
9 of the Third Party Complaint and Summons in this action, and further
10 acknowledges that it is subject to the jurisdiction of this Court, including for
11 enforcement of this Judgment.
12  2. Judgment in the amount of $45,000.00 is hereby entered against Funk
13 Mob and in favor of Capitol on the Fourth Claim for Relief in the Third Party
14 Complaint for Implied Equitable Indemnity. Each party is to bear its own
15 attorneys' fees and costs.
16  3. Funk Mob permanently, irrevocably, and fully waives notice of entry
17 of this Judgment and notice and service of the entered Judgment.
18  4. Funk Mob permanently, irrevocably, and fully waives any and all
19 right to appeal this Judgment, to have it vacated or set aside, to seek or obtain a
20 new trial thereon, or otherwise to attack in any way, directly or collaterally, its
21 validity or enforceability.
22  5. Funk Mob acknowledges that it has read the Stipulation to Judgment
23 and the Judgment, has had the opportunity to have them explained by counsel of
24 Funk Mob's choosing, fully understands them and agrees to be bound thereby, and
25 will not deny the truth or accuracy of any term or provision herein.

1      6.    The Court shall maintain continuing jurisdiction over this action for
2  the purpose of enforcing this final Judgment.

4  Dated: SEPT. 2, 2008

                                      The Honorable Manuel L. Real
                                      United States District Judge

Mitchell Silberberg & Knupp LLP

1918270.1

2